LIBERTY MUTUAL INSURANCE COMPANY *v.* SEARS, ROEBUCK AND COMPANY

The defendant's petition for certification from the Appellate Session of the Superior Court is denied by the court.

*Joseph T. Sweeney* and *John W. Lemega,* in support of the petition.
*Janet E. Burlingame,* in opposition.

Submitted March 21—decided April 3, 1979

MARCELINO E. LAVIN ET AL. *v.* TOWN OF WILTON ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Stamford is denied by the court.

*Robert A. Gerlin,* in support of the petition.
*Stanley P. Atwood,* in opposition.

Submitted April 3—decided April 11, 1979

STATE OF CONNECTICUT *v.* JOSEPH BERKE

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Robert E. Beach, Jr.,* assistant state's attorney, in support of the petition.
*Charles Hanken,* in opposition.